AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**
APR - 7 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4-14-70455-MAG |
| | ) | |
| Archie Lee Jones | ) | Charging District: Middle Dist. Of Tennessee, Nashville |
| Material Witness | ) | |
| ~~Defendant~~ | ) | Charging District's Case No. 3:14-SM-0008 |

**MATERIAL WITNESS**
## ORDER REQUIRING A ~~DEFENDANT~~ TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the ~~defendant~~ Material Witness is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the ~~defendant~~ Material Witness must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. Pretrial Services
801 Broadway, 7th Floor
Nashville, TN 37203 | Courtroom No.: |
|---|---|---|
| | | Date and Time: 9:00 a.m. the morning after Archie Lee Jones arrives in Nashville, TN |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 4/7/14

_Judge's signature_

**DONNA M. RYU**, United States Magistrate Judge
*Printed name and title*

cc: Copy to parties via ECF, Pretrial Services, 1 Certified copy to U.S. Marshal